```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
RICHARD L. SINGH et al.,            :
                                    :   NOT FOR PUBLICATION
            Plaintiffs,             :
                                    :   ORDER
    -against-                       :
                                    :   04-CV-3877(CBA)(SMG)
NORTH AMERICAN AIRLINES,            :
                                    :
            Defendant.              :
------------------------------------x
```
AMON, UNITED STATES DISTRICT JUDGE:

The Court has received the Report and Recommendation ("R&R") of the Honorable Steven M. Gold, United States Magistrate Judge, dated March 4, 2005. The Magistrate Judge recommended that plaintiffs' case should be dismissed with prejudice, as plaintiffs twice failed to comply with orders of the Court directing them to file a stipulation of discontinuance with respect to the federal question claim and a stipulation of remand to state court. Plaintiffs were given ten days from receipt of the R&R to file written objections. To date, no objections have been filed. Accordingly, this Court hereby adopts the R&R as the opinion of the Court. The case is dismissed with prejudice.

SO ORDERED.

Dated:   Brooklyn, New York
         April 19, 2005

                                        Carol Bagley Amon
                                        United States District Judge