UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD L. SINGH et al.,

            Plaintiffs,

-against-

NORTH AMERICAN AIRLINES,

            Defendant.
------------------------------------------------------------X

JUDGMENT
04-CV- 3877 (CBA)

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on April 20, 2005, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated March 4, 2005, dismissing the case with prejudice, as plaintiffs twice failed to comply with Orders of the Court directing them to file a stipulation of discontinuance with respect to the Federal question claim and a stipulation of remand to State Court; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; and that judgment is hereby entered dismissing the case with prejudice.

Dated: Brooklyn, New York
       April 20, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court